**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

To:             All Counsel of Record

Issued By:      Judge Robert R. Summerhays

Re:             Franklin H. Coral Garrido v. Marco Rubio et al.
                1:26-cv-2270

Date:           July 13, 2026

## MINUTE ENTRY

The government shall respond to Petitioner's Motion for Status Conference [ECF No. 15] by 12:00pm on July 14, 2026. The government shall specifically address Petitioner's desire to self-deport and whether it opposes Petitioner's request.