# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**FRANKLIN H. CORAL GARRIDO**          **CASE NO.  6:26-CV-02270**

**VERSUS**                                                 **JUDGE ROBERT R. SUMMERHAYS**

**MARCO RUBIO, ET AL.**                       **MAGISTRATE JUDGE MCCLUSKY**

## ORDER

Before the Court is Petitioner's Motion for Status Conference [ECF No. 15]. Considering the response filed by Respondents [ECF No. 17], the Court expects that Respondents will facilitate Petitioner's voluntary departure. Nevertheless, the Court finds that a zoom conference with the parties may be beneficial to assess the status of the case. Accordingly,

IT IS HEREBY ORDERED that Petitioner's Motion for Status Conference [ECF No. 15] is GRANTED. A zoom conference with the parties is SET for Tuesday, July 21, 2026 at 11:00am for the purpose of updating the Court as to the status of the case. If Petitioner voluntarily departs prior to this date, the parties shall inform Chambers and the zoom conference will be canceled.

THUS DONE in Chambers on this 15th day of July, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE