**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**FRANKLIN H. CORAL GARRIDO**                    **CASE NO.  1:26-CV-02270 SEC P**

**VERSUS**                                                           **JUDGE ROBERT R. SUMMERHAYS**

**MARCO RUBIO, ET AL.**                                **MAG. JUDGE KAYLA D. MCCLUSKY**

**<u>ORDER</u>**

In light of the Notice of Voluntary Dismissal filed by Petitioner Franklin H. Coral Garrido

[ECF No. 19],

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED

without prejudice.

IT IS FURTHER ORDERED that the status conference set on July 21, 2026, at 11:00 a.m.

is CANCELLED.[1]

THUS DONE in Chambers on this 17th day of July, 2026.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] *See* ECF No. 18.